**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ABERNATHY,<br><br>          Petitioner,<br><br>  vs.<br><br>T. MENDOZA, ET AL.,<br><br>          Respondents. | CASE NO. SA CV 10-00381 MMM (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of MARIO ABERNATHY, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: June 30, 2010

*Margaret M. Morrow*

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE